7993. VAUGHN *v.* AMERICAN NATIONAL INSURANCE COMPANY.

LUKE, J. It was not error to rule out the testimony of the plaintiff as to the custom of the defendant company in allowing the plaintiff to become in arrears in the payment of his insurance premiums; the evidence of the plaintiff did not authorize a verdict in his favor, and the court did not err in overruling the certiorari.

*Judgment affirmed. Wade, C. J., and George, J., concur.*
DECIDED APRIL 4, 1917.

Certiorari; from Fulton superior court—Judge Bell. October 16, 1916.

*H. A. Allen, T. G. Lewis,* for plaintiff.
*Willis M. Everett,* for defendant.

---

8002. SHOEMAKER *v.* REESE.

LUKE, J. The answer of the justice of the peace to the writ of certiorari denied the truth of the allegations of the petition, and the judge of the superior court did not err in entering the following judgment in the cause, to wit: "The traverse to the answer of the magistrate having been found in favor of the answer, and the answer not showing that any plea was ever filed or tendered, I do not think the court committed any error in entering judgment for the plaintiff in this case. The suit was upon an itemized, verified account, and personal service on the defendant. It is ordered and adjudged that the certiorari be and the same is hereby overruled and dismissed."

*Judgment affirmed. Wade, C. J., and George, J., concur.*
DECIDED APRIL 4, 1917.

Certiorari; from Carroll superior court—Judge R. W. Freeman. October 28, 1916.

*Buford Boykin,* for plaintiff in error. *H. C. Strickland,* contra.